UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRI JEEVAN NAGARAPU,<br><br>               Plaintiff,<br><br>   v.<br><br>STUDENT AND EXCHANGE VISITOR PROGRAM, *et al.*,<br><br>               Defendants. | Case No. 25-cv-1175 (JMC) |

## ORDER

For the reasons stated on the record, it is hereby **ORDERED** that Plaintiff's Motion for Temporary Restraining Order, ECF 2, is **GRANTED.** The parties shall therefore comply with the following:

Defendants are **ORDERED** to postpone the effective date of their termination of Plaintiff's SEVIS record. That means that Defendants must return Plaintiff's SEVIS record to "active" status.

To the extent that Defendants changed the "authorized end date" in SEVIS from August 25, 2026 to April 4, 2025, Defendants are **ORDERED** to revert Plaintiff to the position he was in before that action was taken. In other words: the "authorized end date" must be changed back to August 25, 2026.

It is further **ORDERED** that Defendant may not change or otherwise modify Plaintiff's record in SEVIS solely on the basis of his September 27, 2023 arrest.

The parties shall comply with the following briefing schedule: Plaintiff shall file his supplemental brief in support of his motion for a preliminary injunction by **April 28, 2025**. Defendants shall file their response by **May 5, 2025**. The parties shall appear for a preliminary injunction hearing on **May 9, 2025 at 1:30 PM**. The hearing will be on the record before Judge

2

Jia M. Cobb and conducted via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call.

This Order shall remain in effect until and through **May 9, 2025**, unless the Court orders otherwise.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: April 21, 2025